IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MT. PLEASANT PROPERTIES, LLC**                                           **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 1:23-cv-88-TBM-RPM**

**WRIGHT NATIONAL FLOOD**
**INSURANCE COMPANY**                                                **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this same day, this CASE is DISMISSED WITH PREJUDICE. This CASE is CLOSED

THIS, the 21st day of March, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE